UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOYCELYN T. HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>ELITE LEGAL PRACTICE, PC,<br><br>    Defendant. | Case No. 1:23-cv-14133 |

## NOTICE OF DISMISSAL

Plaintiff, JOYCELYN T. HUNTER, hereby dismisses her claims against Defendant ELITE LEGAL PRACTICE, PC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 28, 2024

Respectfully Submitted,

*/s/ Marwan R. Daher*
Marwan R. Daher
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 537-1770
Facsimile: (630) 575-8188
mdaher@sulaimanlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Marwan R. Daher*

1